UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David A. Vesel, Esq.
DAVID A. VESEL, P.A.
109 Elm Street
Creedmoor, North Carolina 27522
(919) 528-9377
Attorney for Plaintiff

| | |
|---|---|
| CARL S. EASTMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>GLOBAL CONSULTANTS, INC.,<br>COLLABERA, INC., COLLABERA HOLDINGS,<br>INC. and COLLABERA SOLUTIONS PRIVATE<br>LIMITED,<br><br>  Defendants. | HON. STANLEY R. CHESLER<br>CIVIL ACTION NO.<br>09-cv-00748-SRC-MAS<br><br><br>STIPULATION OF DISMISSAL |

The undersigned attorneys for the Defendants, Global Consultants, Inc., Collabera, Inc., Collabera Holdings, Inc. and Collabera Solutions Private Limited, hereby stipulate that Defendants Global Consultants, Inc. and Collabera, Inc., are the only potential responsible corporate entities as regards to the allegations and defenses raised in the pleadings filed in connection with the within-captioned action. Plaintiff was employed by Collabera, Inc. (formerly known as Global Consultants, Inc.), and any decision-making processes related to the hiring, employment, retention and termination of the Plaintiff was made by these defendants' employees, officers and/or agents. While certain of these employees, officers and/or agents may have roles with Defendants, Collabera Holdings, Inc. and Collabera Solutions Private Limited, any actions they took with respect to Plaintiff were taken in their capacities as employees, officers and/or agents of Global Consultants, Inc., or Collabera, Inc.

1

That based upon the foregoing stipulation, the Plaintiff, Carl S. Eastman, hereby voluntarily dismisses the within-captioned action as against Defendants, Collabera Holdings, Inc. and Collabera Solutions Private Limited, only, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs or attorney's fees as to either party against the other.

Plaintiff's remaining claims as against the Defendants, Global Consultants, Inc. and Collabera, Inc., shall remain in full force and effect, subject to Defendants' pending Motion to Dismiss.

This, the 10th day of June, 2009.

DAVID A. VESEL, P.A.

BY: _____
DAVID A. VESEL
Attorney for Plaintiff
109 Elm Street
Creedmoor, North Carolina 27622
(919) 528-9377

CONSENTED TO:

DAVID A. VESEL, P.A.

BY: _____
David A. Vesel, Esq.
Attorney for Plaintiff
109 Elm Street
Creedmoor, North Carolina 27522
(919) 528-9377

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY: _____
Brian D. Lee, Esq.
Attorneys for Defendants
10 Madison Avenue - Suite 400
Morristown, New Jersey 07960
(973) 656-1600

2

SO ORDERED
STANLEY R. CHESLER, U.S.D.J.